[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Keshawn Freeman

Scanned at Pinckneyville CC and e-mailed
10/8/24 by CB  6 pages

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dixon C.C Et. AL
Defendents

Case No: 24-50412
(To be supplied by the Clerk of this Court)

**RECEIVED**

OCT 08 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Defs

already stated in Complaint:
- LT. NATHAN D. NEWMAN
- SGT. JEFRY A. DALKE
- Warden. Tarry D. Williams
- TACT Team John Does
- SgT Christopher L. Wheeler
- I.A. Michael P. Castanedo

- AJMC
- DAWN MILLER
- CARLOS REYES

All the remaining defendents are All ethier L/T Sgt or C/O's / I.A / Tact Team / AJMC

I. **Plaintiff(s):**

   A. Name: Keshawn Freeman
   B. List all aliases: N/A
   C. Prisoner identification number: Y39105
   D. Place of present confinement: Pinckneyville C.C
   E. Address: 5835 State route 154 Pinckneyville IL 62274

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Nathan O Newman
      Title: C/T
      Place of Employment: Dixon C.C

   B. Defendant: Jeffry A Dalke
      Title: Sgt
      Place of Employment: Dixon C.C

   C. Defendant: Warden Terry D. Williams
      Title: Warden
      Place of Employment: Dixon C.C

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count I Excessive force. On 10/13/22 Defendants used excessive force by roughing, kneeing, and banging, mased, punching plaintiff about his body. Also pulling plaintiffs hair out.

Count II Retaliation, Police Brutality, Harrassment On 10/20/22 Sgt. Dalke Retaliated against me by fabricating tickets on me after mentioning he seen the notice of litigation stemming from Count I and said, "It wont hurt him". Defendant officer even saying said words mocking him of Count I. ("Did that mace get off?")

Count III retaliation, harrassment, brutality. On 11/17/22 Sgt. Dalke furthered his actions by musing plaintiff using excessive force officer even humiliating plaintiff sexually. Sgt. Dalke showed harrassment telling a regular C/o to step down from handling plaintiff also he could violate plaintiffs constitutional rights. Please note that other defendants verbally harrassed plaintiff indicating harrassment and retaliation. Especially after grievances was wrote for Count II

Revised 9/2007

# Count IV harrassment/retaliation

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

On or about 6/13/23 or 6/15/23 and as a result of counts I, II, and III Defendants transferred plaintiff out of retaliation and harrassment.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation, Apology, Preliminary injunction for mental health

punitive
Compensatory

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4 day of Oct, 20 24

Keshaun Freeman
(Signature of plaintiff or plaintiffs)

Keshawn Freeman
(Print name)

Y39105
(I.D. Number)

5835 State Route 154
Pinckneyville IL 62274
(Address)