# United States District Court
## Northern District of Illinois
# Prisoner Civil Cover Sheet

**Plaintiff(s):** Keshawn Freeman

**Defendant(s):** Dixon C. C. et. al.

**County of Residence:**

**County of Residence:** 24-50412

**Plaintiff's Address:**
**Name:** Perry

**Defendant's Attorney:**

**Unit Field:**

**(Prisoner ID Field (USM# ONLY)** Y-39105

**FILED**

**OCT 08 2024**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Address:**
Pinckneyville C.C
5835 State Route 154
Pinckneyville, IL 62274

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff: Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 5. Transferred from Other District
- [ ] 2. Removed from State Court
- [ ] 6. MultiDistrict Litigation
- [ ] 3. Remanded from Appellate Court
- [ ] 7. Appeal to District Judge from Magistrate Judgment
- [ ] 4. Reinstated or Reopened

**Nature of Suit:** 555

**Cause of Action:** 42:1983

**Jury Demand:** [x] Yes [ ] No

**Signature:** Paul Gianesin    **Date:** 10/8/24

Rev. 02/12/2019