[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) )
)
v. )
)
Defendant(s) )
)
)

FILED
OCT 08 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Scanned at Pinckneyville CC and e-mailed
Case No: 24      CB      2
Date 10/8/24   Initials      No. pages

Judge: 24-50412

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Keshawn Freeman, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)

   Loevy & Loevy
   Uptown People Law Center
   Kirkland & Ellis LLP

   but I have been unable to find an attorney because:

3. I declare that (check all that apply):
   (*Now:*)
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (*Earlier:*)
   ☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☒ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

☒ Grammar school  ☐ Some high school  ☐ High school graduate

☐ Some college  ☐ College graduate  ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

*Keshaun Freeman*
Movant's Signature

5835
Street Address

10-4-24
Date

Pinckneyville IL, 62274
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]