FILED
12/27/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC SCAN
AXK

Scanned at Pinckneyville CC and e-mailed
12/27/24 by AB 5 pages
Date    Initials  No.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

KESHAWN FREEMAN
(full name of plaintiff or petitioner)

vs.

DIXON CORRECTIONAL CENTER
et al
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)

Case number: 24 C 50412

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

✓ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

___ to request an attorney

1. **Are you in custody?** ✓ Yes ___ No
   ID # Y39105    Name of jail or prison: Pinckneyville C.C
   Do you receive any payment from this institution? ✓ Yes ___ No
   If "Yes," how much per month? $ 14.00

2. **Other sources of income / money:** For the past 12 months, list the amount of money that you have received from any of the following sources:

   (list the 12-month total for each)

   Self-employment, business, or profession: $ NONE
   Income from interest or dividends: $ NONE
   Income from rent payments: $ NONE
   Pensions, annuities, or life insurance: $ NONE
   Disability or worker's compensation: $ NONE
   Gifts: $ NONE
   Deposits by others into your jail or prison account: $ 568.79
   Unemployment, public assistance, or welfare: $ NONE
   Settlements or judgments: $ NONE
   **Any other source of money:** $ NONE

Page 1 of 2

rev. 2/2020

3. *Cash and bank accounts*: Do you have any money in cash or in a checking or savings account? ___ Yes  ✓ No   If yes, how much? __NONE__

4. *Other assets*: Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?   ___ Yes  ✓ No

   If yes, list each item of property and state its approximate value:

   __NONE__

5. *Dependents*: Is anyone dependent on you for support?   ___ Yes  ✓ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   __NONE__

6. *Debts and financial obligations*: List any amounts you owe to others:

   __NONE - NOT TO MY KNOWLEDGE__

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 12-24-24      x _Keshawn Freeman_
                      *Applicant's signature*

                    __KESHAWN FREEMAN #Y39105__
                      *Printed name*

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named above, _Keshawn Freeman_, ID # _Y39105_, has the sum of $ _49.85_ on account to his/her credit at _Pinckneyville CC_ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ _25.91_. (Add all deposits from all sources and then divide by the number of months.)

Date: 12-26-2024           _____
                            *Signature of authorized officer*

                            _Crystal Wynn_
                            *Printed name*

Date: 12/26/2024  
Time: 10:28am  
d_list_inmate_trans_statement_composite

# Pinckneyville Correctional Center
## Trust Fund
### View Transactions

Page 1

**Inmate:** Y39105 Freeman, Keshawn  **Housing Unit:** PNK-R3-A-54

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 152.31 |
| 11/09/23 | Payroll | 20 Payroll Adjustment | 3131154 | | P/R month of 102023 | 13.00 | 165.31 |
| 11/15/23 | Point of Sale | 60 Commissary | 3197207 | 1301199 | Commissary | -49.91 | 115.40 |
| 12/15/23 | Payroll | 20 Payroll Adjustment | 3491154 | | P/R month of 112023 | 13.00 | 128.40 |
| 12/20/23 | Disbursements | 88 Books | 3543154 | Chk #135438 | 192113, Islamic Book, Inv. Date: 12/20/2023 | -92.85 | 35.55 |
| 01/03/24 | Point of Sale | 60 Commissary | 0037207 | 1309049 | Commissary | -9.25 | 26.30 |
| 01/10/24 | Payroll | 20 Payroll Adjustment | 0101154 | | P/R month of 122023 | 2.64 | 28.94 |
| 01/11/24 | Disbursements | 84 Library | 0113154 | Chk #135910 | 192498, DOC: 523 Fun, Inv. Date: 01/08/2024 | -1.00 | 27.94 |
| 01/11/24 | Disbursements | 81 Legal Postage | 0113154 | Chk #135921 | 192364, Reserve Acct, Inv. Date: 01/02/2024 | -2.07 | 25.87 |
| 03/14/24 | Payroll | 20 Payroll Adjustment | 0741154 | | P/R month of 2 2024 | 12.69 | 38.56 |
| 04/10/24 | Payroll | 20 Payroll Adjustment | 1011154 | | P/R month of 3 2024 | 14.00 | 52.56 |
| 04/16/24 | Mail Room | 16 GTL | 107200 | 21914945668390 | Boyd, Malikah | 30.00 | 82.56 |
| 05/10/24 | Payroll | 20 Payroll Adjustment | 1311154 | | P/R month of 4 2024 | 14.00 | 96.56 |
| 06/12/24 | Payroll | 20 Payroll Adjustment | 1641154 | | P/R month of 5 2024 | 14.00 | 110.56 |
| 06/14/24 | Mail Room | 16 GTL | 166200 | 21971772822820 | blagg, jennifer | 300.00 | 410.56 |
| 06/24/24 | Disbursements | 88 Miscellaneous Payables | 1763206 | Chk #138849 | 195541, Boyd, Malika, Inv. Date: 06/24/2024 | -300.00 | 110.56 |
| 07/09/24 | Payroll | 20 Payroll Adjustment | 1911154 | | P/R month of 6 2024 | 14.00 | 124.56 |
| 07/09/24 | Disbursements | 82 Debts due to State (non-postage) | 1913154 | Chk #139087 | 195520, DOC: 523 Fun, Inv. Date: 06/24/2024 | -5.00 | 119.56 |
| 07/30/24 | Mail Room | 16 GTL | 212200 | 22040759902628 | Freema, Steve | 50.00 | 169.56 |
| 08/09/24 | Payroll | 20 Payroll Adjustment | 2221154 | | P/R month of 7 2024 | 9.87 | 179.43 |
| 08/14/24 | Disbursements | 82 Debts due to State (non-postage) | 2273154 | Chk #139675 | 196394, DOC: 523 Fun, Inv. Date: 08/12/2024 | -5.00 | 174.43 |
| 08/14/24 | Point of Sale | 60 Commissary | 2277227 | 1348349 | Commissary | -11.94 | 162.49 |
| 09/04/24 | Disbursements | 88 Miscellaneous Payables | 2483206 | Chk #139982 | 196763, Islamic Book, Inv. Date: 09/04/2024 | -15.00 | 147.49 |
| 09/12/24 | Payroll | 20 Payroll Adjustment | 2561154 | | P/R month of 8 2024 | 14.00 | 161.49 |
| 09/16/24 | Disbursements | 82 Debts due to State (non-postage) | 2603154 | Chk #140119 | 196813, DOC: 523 Fun, Inv. Date: 09/06/2024 | -5.00 | 156.49 |
| 09/25/24 | Disbursements | 88 Miscellaneous Payables | 2693232 | Chk #140216 | 196969, Crescent Imp, Inv. Date: 09/25/2024 | -29.90 | 126.59 |
| 10/10/24 | Payroll | 20 Payroll Adjustment | 2841154 | | P/R month of 9 2024 | 7.05 | 133.64 |
| 10/11/24 | Point of Sale | 60 Commissary | 2857227 | 1356624 | Commissary | -9.99 | 123.65 |
| 10/11/24 | Disbursements | 81 Legal Postage | 2853154 | Chk #140417 | 196962, Reserve Acct, Inv. Date: 09/25/2024 | -1.77 | 121.88 |
| 10/11/24 | Disbursements | 80 Postage | 2853154 | Chk #140417 | 196997, Reserve Acct, Inv. Date: 10/02/2024 | -17.00 | 104.88 |
| 11/14/24 | Payroll | 20 Payroll Adjustment | 3191154 | | P/R month of 102024 | 17.54 | 122.42 |
| 11/15/24 | Mail Room | 16 GTL | 320200 | 22163512164773 | Freema, Steve | 25.00 | 147.42 |
| 12/04/24 | Disbursements | 88 gift | 3393232 | Chk #141275 | 107769, Nair, Anjali, Inv. Date: 12/04/2024 | -100.00 | 47.42 |
| 12/11/24 | Payroll | 20 Payroll Adjustment | 3461154 | | P/R month of 112024 | 18.00 | 65.42 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | 65.42 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 15.57 |
| **Funds Available:** | 49.85 |
| **Total Furloughs:** | .00 |

# Pinckneyville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 04/08/2024 thru 10/08/2024;   Inmate: Y39105;   Active Status Only ? : No;   Print Restrictions ? : No;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : No;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No;   Statewide ? : Yes

**Inmate:** Y39105 Freeman, Keshawn  
**Housing Unit:** PNK-R3-A -54

| Inst | Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|------|--------|------------------|-------|-------------|-------------|--------|---------|
|      |      |        |                  |       |             | Beginning Balance: |  | 38.56 |
| PNK | 04/10/24 | Payroll | 20 Payroll Adjustment | 1011154 | | P/R month of 3 2024 | 14.00 | 52.56 |
| PNK | 04/16/24 | Mail Room | 16 GTL | 107200 | 21914945668390 | Boyd, Malikah | 30.00 | 82.56 |
| PNK | 05/10/24 | Payroll | 20 Payroll Adjustment | 1311154 | | P/R month of 4 2024 | 14.00 | 96.56 |
| PNK | 06/12/24 | Payroll | 20 Payroll Adjustment | 1641154 | | P/R month of 5 2024 | 14.00 | 110.56 |
| PNK | 06/14/24 | Mail Room | 16 GTL | 166200 | 21971772822820 | blagg, jennifer | 300.00 | 410.56 |
| PNK | 06/24/24 | Disbursements | 88 Miscellaneous Payables | 1763206 | Chk #138849 | 195541, Boyd, Malika, Inv. Date: 06/24/2024 | -300.00 | 110.56 |
| PNK | 07/09/24 | Payroll | 20 Payroll Adjustment | 1911154 | | P/R month of 6 2024 | 14.00 | 124.56 |
| PNK | 07/09/24 | Disbursements | 82 Debts due to State (non-postage) | 1913154 | Chk #139087 | 195520, DOC: 523 Fun, Inv. Date: 06/24/2024 | -5.00 | 119.56 |
| PNK | 07/30/24 | Mail Room | 16 GTL | 212200 | 22040759902628 | Freema, Steve | 50.00 | 169.56 |
| PNK | 08/09/24 | Payroll | 20 Payroll Adjustment | 2221154 | | P/R month of 7 2024 | 9.87 | 179.43 |
| PNK | 08/14/24 | Disbursements | 82 Debts due to State (non-postage) | 2273154 | Chk #139675 | 196394, DOC: 523 Fun, Inv. Date: 08/12/2024 | -5.00 | 174.43 |
| PNK | 08/14/24 | Point of Sale | 60 Commissary | 2277227 | 1348349 | Commissary | -11.94 | 162.49 |
| PNK | 09/04/24 | Disbursements | 88 Miscellaneous Payables | 2483206 | Chk #139982 | 196763, Islamic Book, Inv. Date: 09/04/2024 | -15.00 | 147.49 |
| PNK | 09/12/24 | Payroll | 20 Payroll Adjustment | 2561154 | | P/R month of 8 2024 | 14.00 | 161.49 |
| PNK | 09/16/24 | Disbursements | 82 Debts due to State (non-postage) | 2603154 | Chk #140119 | 196813, DOC: 523 Fun, Inv. Date: 09/06/2024 | -5.00 | 156.49 |
| PNK | 09/25/24 | Disbursements | 88 Miscellaneous Payables | 2693232 | Chk #140216 | 196969, Crescent Imp, Inv. Date: 09/25/2024 | -29.90 | 126.59 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 65.42 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 15.57 |
| **Funds Available:** | 49.85 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

Date: 12/26/2024
Time: 10:29am
d_list_inmate_trans_statement_composite

# Pinckneyville Correctional Center
## Trust Fund
View Transactions

Page 1

**Inmate:** Y39105 Freeman, Keshawn  
**Housing Unit:** PNK-R3-A-54

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Beginning Balance:** | | 410.56 |
| 06/24/24 | Disbursements | 88 Miscellaneous Payables | 1763206 | Chk #138849 | 195541, Boyd, Malika, | Inv. Date: 06/24/2024 | -300.00 | 110.56 |
| 07/09/24 | Payroll | 20 Payroll Adjustment | 1911154 | | P/R month of 6 2024 | | 14.00 | 124.56 |
| 07/09/24 | Disbursements | 82 Debts due to State (non-postage) | 1913154 | Chk #139087 | 195520, DOC: 523 Fun, | Inv. Date: 06/24/2024 | -5.00 | 119.56 |
| 07/30/24 | Mail Room | 16 GTL | 212200 | 22040759902628 | Freema, Steve | | 50.00 | 169.56 |
| 08/09/24 | Payroll | 20 Payroll Adjustment | 2221154 | | P/R month of 7 2024 | | 9.87 | 179.43 |
| 08/14/24 | Disbursements | 82 Debts due to State (non-postage) | 2273154 | Chk #139675 | 196394, DOC: 523 Fun, | Inv. Date: 08/12/2024 | -5.00 | 174.43 |
| 08/14/24 | Point of Sale | 60 Commissary | 2277227 | 1348349 | Commissary | | -11.94 | 162.49 |
| 09/04/24 | Disbursements | 88 Miscellaneous Payables | 2483206 | Chk #139982 | 196763, Islamic Book, | Inv. Date: 09/04/2024 | -15.00 | 147.49 |
| 09/12/24 | Payroll | 20 Payroll Adjustment | 2561154 | | P/R month of 8 2024 | | 14.00 | 161.49 |
| 09/16/24 | Disbursements | 82 Debts due to State (non-postage) | 2603154 | Chk #140119 | 196813, DOC: 523 Fun, | Inv. Date: 09/06/2024 | -5.00 | 156.49 |
| 09/25/24 | Disbursements | 88 Miscellaneous Payables | 2693232 | Chk #140216 | 196969, Crescent Imp, | Inv. Date: 09/25/2024 | -29.90 | 126.59 |
| 10/10/24 | Payroll | 20 Payroll Adjustment | 2841154 | | P/R month of 9 2024 | | 7.05 | 133.64 |
| 10/11/24 | Point of Sale | 60 Commissary | 2857227 | 1356624 | Commissary | | -9.99 | 123.65 |
| 10/11/24 | Disbursements | 81 Legal Postage | 2853154 | Chk #140417 | 196962, Reserve Acct, | Inv. Date: 09/25/2024 | -1.77 | 121.88 |
| 10/11/24 | Disbursements | 80 Postage | 2853154 | Chk #140417 | 196997, Reserve Acct, | Inv. Date: 10/02/2024 | -17.00 | 104.88 |
| 11/14/24 | Payroll | 20 Payroll Adjustment | 3191154 | | P/R month of 102024 | | 17.54 | 122.42 |
| 11/15/24 | Mail Room | 16 GTL | 320200 | 22163512164773 | Freema, Steve | | 25.00 | 147.42 |
| 12/04/24 | Disbursements | 88 gift | 3393232 | Chk #141275 | 107769, Nair, Anjali, | Inv. Date: 12/04/2024 | -100.00 | 47.42 |
| 12/11/24 | Payroll | 20 Payroll Adjustment | 3461154 | | P/R month of 112024 | | 18.00 | 65.42 |

| | |
|---|---:|
| **Total Inmate Funds:** | 65.42 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 15.57 |
| **Funds Available:** | 49.85 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |