PC SCAN

Scanned at Pinckneyville CC and Mailed
3/28/25 Date by ___ Initials ___ No. pages

FILED
3/28/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

Peace be upon you.

To whom may concern I filed a lawsuit with the Northern District of Illinois I got assigned a Judge and a case no. which is 24C50412 Judge Name Honolain D. Johnson

The Judge gave me a order to complete my Application which was 1 to get my Trust fund account statement Certified by a prison official as required by statute which I did. 2 Order said to complete response to Question 2 and Question 6 on the application I did everything the order told me to do I did all this and Filed on 12/27/24. Since then I never recieved A update on the case I would like to know whats going on with the case and is there anything I could do to get everything started.

KeShaun Freeman
Y39105
Pinckneyville C.C
5835 State Route 154
Pinckneyville, IL 62274-3410