ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Keshawn Freeman,

Plaintiff(s),

v.

Dixon C. C., et al.,

Defendant(s).

Case No. 3:24-cv-50412
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

         which ☐ includes     pre–judgment interest.
                  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

.    Defendant(s) shall recover costs from plaintiff(s).

---

☒      other: in favor of the defendants and against plaintiff Keshawn Freeman.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge Iain D. Johnston on a motion to dismiss.

Date:   10/28/2025            Thomas G. Bruton, Clerk of Court

                                     \s\Y. Pedroza, Deputy Clerk